**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY M. CLEARY, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY,<br><br>    Defendant. | Case No. 1:24-cv-02953 |
| TYREE DANIELS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY,<br><br>    Defendant. | Case No. 1:24-cv-03122 |
| REBEKAH MORRISON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY,<br><br>    Defendant. | Case No. 1:24-cv-03139 |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES,**
**APPOINT INTERIM CO-LEAD COUNSEL AND LIAISON COUNSEL, AND SET A**
**SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully

request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R.

Civ. P. 42(a) under the caption of the first-filed *Cleary v. Georgetown University,* Case No. 1:24-cv-02953, and administratively close the *Daniels v. Georgetown University*, Case No. 1:24-cv-03122 and *Morrison v. Georgetown University*, Case No. 1:24-cv-3139 dockets; (2) appoint Lowey Dannenberg, P.C. and Shub & Johns LLC as Interim Co-Lead Counsel for Plaintiffs and the putative Class(es) pursuant to Fed. R. Civ. P. 23(g)(3), and appoint Tycko & Zavareei LLP as Liaison Counsel; and (3) set a deadline for Plaintiffs to file a consolidated complaint within thirty (30) days of any Order granting this Motion. A proposed form of Order is attached.

Dated: November 7, 2024

Respectfully submitted,

*/s/ Anthony M. Christina*
Anthony M. Christina
D.D.C. Bar ID: 230743
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

Christian Levis
D.D.C. Bar ID: NY0416
Peter Demato (*pro hac vice* forthcoming)
Radhika Gupta (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
Email: pdemato@lowey.com
Email: rgupta@lowey.com

Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400

2

Conshohocken, PA 19428
Telephone: (610) 477-8380
Email: bjohns@shublawyers.com
Email: sholbrook@shublawyers.com

*Proposed Interim Co-Lead Counsel*

Hassan A. Zavareei
David W. Lawler
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
Email: hzavareei@tzlegal.com
Email: dlawler@tzlegal.com
Email: ssoneji@tzlegal.com

*Proposed Liaison Counsel*

## <u>LCvR 7(m) STATEMENT</u>

On November 6, 2024, the undersigned counsel for Plaintiffs Mary M. Cleary and Tyree Daniels conferred with counsel for Defendant Georgetown University ("Defendant") by telephone. Counsel for Defendant agreed that consolidation of the three actions was appropriate but did not take any position on the particular appointment of interim class counsel. Counsel for Defendant requested that its response deadlines in all three actions be stayed until the cases are consolidated and the Court sets a deadline for Plaintiffs to file their operative consolidated complaint.

*/s/ Anthony M. Christina*
Anthony M. Christina

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 7th day of November, 2024, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: November 7, 2024                     */s/ Anthony M. Christina*
                                            Anthony M. Christina