### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Georgetown University Data Security Litigation* | Case No. 1:24-cv-02953-CRC |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES, APPOINT INTERIM CO-LEAD COUNSEL AND LIAISON COUNSEL, AND SET A SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT

**THIS MATTER**, having come before the Court by the Plaintiffs in the Related Actions by their Motion to Consolidate Cases, Appoint Interim Co-Lead Counsel and Liaison Counsel, and Set a Schedule for the Filing of a Consolidated Complaint, and the Court having read the papers,

**IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. The Court hereby consolidates *Cleary v. Georgetown University,* Case No. 1:24-cv-02953 (the "*Cleary* Action"); *Daniels v. Georgetown University*, Case No. 1:24-cv-03122 (the "*Daniels* Action"); and *Morrison v. Georgetown University*, Case No. 1:24-cv-3139 (the "*Morrison* Action") (collectively the "Related Actions"), as well as any future Related Actions that may be filed in this Court, under the docket of the first-filed *Cleary* Action (No. 1:24-cv-02953) (the "Consolidated Action") under the new title: *In re Georgetown University Data Security Litigation*. The Clerk of Court is **DIRECTED** to reflect this change.

2. The case file for the Consolidated Action will be maintained under Master File No. 1:24-cv-02953-CRC.

3. The Clerk of Court is **DIRECTED** to administratively close the *Daniels* and *Morrison* Related Actions. The Clerk of Court is **FURTHER DIRECTED** to transfer all documents already docketed in those Related Actions into the Consolidated Action.

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes. A party shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District.

5. If the Court determines that the case is related, the clerk shall:

    a. Place a copy of this Order in the separate file for such action;

    b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

    c. Direct that this Order be served upon Defendant(s) in the new case; and

    d. Make appropriate entry in the Master Docket.

6. Pursuant to Fed. R. Civ. P. 23(g)(3), the Court hereby appoints Lowey Dannenberg, P.C. and Shub & Johns LLC as Interim Co-Lead Counsel on behalf of the Plaintiffs and the Class(es) members in the Consolidated Action, with the responsibilities set forth below:

    a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

    b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class(es) consistent with the requirements of the Federal Rules of Civil Procedure;

    c. Convene meetings amongst counsel;

    d. Supervise Liaison Counsel;

    e. Engage in and conduct settlement negotiations on behalf of Plaintiffs and the putative Class(es);

    f. Delegate specific tasks to other Plaintiffs' counsel in a manner to ensure that pretrial preparation for Plaintiffs and the putative Class(es) is conducted efficiently and effectively;

      g.      Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

      h.      Monitor the activities of all counsel to ensure that schedules are being met and unnecessary expenditures of time and funds are avoided;

      i.      Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court;

      j.      Serve as the primary contact for communications between the Court and other Plaintiff's counsel;

      k.      Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel *via* the Court's electronic filing system);

      l.      Communicate with Defense counsel as necessary to promote the efficient advancement of this litigation;

      m.      Make available to other Plaintiffs' counsel documents produced by the Defendant; and

      n.      Allocate attorneys' fees.

7.      Pursuant to Fed. R. Civ. P. 23(g)(3), the Court hereby appoints Tycko & Zavareei LLP as Liaison Counsel in the Consolidated Action.

8.      Interim Co-Lead Counsel shall have sole authority to communicate with Defendant's counsel—including with respect to settlement and settlement negotiations—and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendant's counsel may rely on all agreements made with Interim Co-Lead Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

9.      No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Co-Lead Counsel and no other Plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Co-Lead Counsel.

10. This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in, transferred to, removed to, or otherwise sent to this Court relating to the facts and the data breach underlying this litigation.

11. Interim Co-Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Co-Lead Counsel are aware or become aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently consolidated with the above actions.

12. Plaintiffs in the Consolidated Action shall file an operative, consolidated complaint within thirty (30) days of this Order. The parties will meet and confer about a motion to dismiss briefing schedule and submit a stipulated briefing schedule to the Court.

**IT IS SO ORDERED.**


Dated: _____, 2024          _____
                                          Honorable Christopher R. Cooper
                                          United States District Judge

**SERVICE LIST FOR [PROPOSED] ORDER**

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

Christian Levis
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
Email: pdemato@lowey.com
Email: rgupta@lowey.com

*Counsel for Plaintiff Mary M. Cleary*

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Fax: (914) 997-0035
Email: achristina@lowey.com

Christian Levis
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
Email: clevis@lowey.com
Email: pdemato@lowey.com
Email: rgupta@lowey.com

Adam A. Cooke
Allison Holt Ryan
Courtney E. Helt
**HOGAN LOVELLS US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email: adam.a.cooke@hoganlovells.com
Email: allison.holt-ryan@hoganlovells.com
Email: courtney.helt@hoganlovells.com

*Counsel for Defendant Georgetown University*

Benjamin F. Johns
Samantha E. Holbrook
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Email: bjohns@shublawyers.com
Email: sholbrook@shublawyers.com

*Counsel for Plaintiff Tyree Daniels*

Hassan A. Zavareei
David W. Lawler
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Fax: (202) 973-0950
Email: hzavareei@tzlegal.com
Email: dlawler@tzlegal.com
Email: ssoneji@tzlegal.com

*Counsel for Plaintiff Rebekah Morrison*