## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY M. CLEARY, TYREE DANIELS, REBEKAH MORRISON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGETOWN UNIVERSITY, <br><br> Defendant. | Case No. 1:24-cv-02953-CRC |

## JOINT MOTION TO MODIFY SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendant Georgetown University and Plaintiffs Mary M. Cleary, Tyree Daniels, and Rebekah Morrison hereby jointly move this Court to modify the case schedule entered on November 13, 2024 as a part of this Court's order on Plaintiffs' Motion to Consolidate. In support of the instant motion, the parties state the following:

1.      This Court granted in part and denied in part Plaintiffs' Motion to Consolidate Cases, Appoint Interim Co-Lead Counsel and Liaison Counsel, and Set a Schedule for the Filing of a Consolidated Complaint. ECF No. 5. In its order consolidating the cases, this Court directed "Plaintiffs in the consolidated action [to] file an operative, consolidated complaint by December 13, 2024," with Defendant directed to "answer or otherwise respond within fourteen days of the filing of the consolidated complaint." Minute Order (Nov. 13, 2024).

2.      Good cause exists to adjust the current schedule to ensure that Defendant has adequate time to evaluate the consolidated complaint and prepare its response and that Plaintiffs have sufficient time to do the same for Defendant's response, especially in light of the upcoming end of year holidays and counsels' schedules in other parallel cases. This request for an

enlargement of time is made in good faith and not for the purpose of delay and does not affect

any other deadlines set by the Court.

        3.        In light of the foregoing, the Parties respectfully request that the Court modify the

schedule as follows:

        A.        Defendant's response to Plaintiffs' consolidated complaint shall be filed on or before January 24, 2025.

        B.        If Defendant files a motion to dismiss, Plaintiffs' opposition to that motion shall be filed on or before March 7, 2025, and Defendant's reply in support of its motion to dismiss shall be filed on or before March 28, 2025.

        WHEREFORE, the Parties respectfully request that this Court grant the Parties' joint

motion to modify the case schedule.  A proposed order is attached.

Dated:  December 5, 2024                Respectfully submitted,

                            /s/ Adam A. Cooke
                            Allison M. Holt Ryan (D.C. Bar No. 1003396)
                            Adam A. Cooke (D.C. Bar No. 1004927)
                            Hogan Lovells US LLP
                            555 Thirteenth Street, NW
                            Washington, D.C. 20004
                            T: (202) 637-5600
                            F: (202) 637-5910
                            allison.holt-ryan@hoganlovells.com
                            adam.a.cooke@hoganlovells.com

                            *Counsel for Defendant Georgetown University*

                            /s/ Anthony M. Christina
                            Anthony M. Christina (D.D.C. Bar No. 230743)
                            Lowey Dannenberg, P.C.
                            One Tower Bridge
                            100 Front Street, Suite 520
                            West Conshohocken, PA 19428

T: (215) 399-4770
F: (914) 997-0035
achristina@lowey.com

Christian Levis (D.D.C. Bar ID: NY0416)
Peter Demato (*pro hac vice* forthcoming)
Radhika Gupta (*pro hac vice* forthcoming)
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
T: (914) 997-0500
F: (914) 997-0035
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice*
forthcoming)
Shub & Johns LLC
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Hassan A. Zavareei
David W. Lawler
Sabita J. Soneji
Tycko & Zavareei LLP
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
T: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
dlawler@tzlegal.com
ssoneji@tzlegal.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on December 5, 2024. This system provided a copy to and effected service of this document on all parties.

/s/ Adam A. Cooke
Adam A. Cooke (D.C. Bar No. 1004927)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
T: (202) 637-5600
F: (202) 637-5910
adam.a.cooke@hoganlovells.com

*Counsel for Defendant Georgetown University*