IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY M. CLEARY, TYREE DANIELS, REBEKAH MORRISON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GEORGETOWN UNIVERSTIY,<br><br>Defendant. | Case No. 24-cv-02953-CRC |

**NOTICE AND JOINT MOTION TO VACATE DEADLINES**

The Parties hereby notify the Court that they intend to file a notice of dismissal terminating this action as soon as practicable. The Parties respectfully request that they be given twenty-one (21) days to file the notice of dismissal and that in the interim all deadlines as set forth in the Court's December 16, 2024 Minute Order be vacated.

Plaintiffs are filing this Joint Motion with Defendant's approval and permission.

Dated:  January 3, 2025

Respectfully submitted,

*/s/ Anthony M. Christina*
Anthony M. Christina (D.D.C. Bar No. 230743)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
T: (215) 399-4770
F: (914) 997-0035
achristina@lowey.com

Christian Levis (D.D.C. Bar ID: NY0416)
Peter Demato (*pro hac vice* forthcoming)
Radhika Gupta (*pro hac vice* forthcoming)

- 1 -

**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
T: (914) 997-0500
F: (914) 997-0035
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Hassan A. Zavareei
David W. Lawler
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
T: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
dlawler@tzlegal.com
ssoneji@tzlegal.com

*Counsel for Plaintiffs*

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on January 3, 2025. This system provided a copy to and effected service of this document on all Parties.

*/s/ Anthony M. Christina*
Anthony M. Christina

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY M. CLEARY, TYREE DANIELS, REBEKAH MORRISON, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GEORGETOWN UNIVERSTIY,<br><br>Defendant. | Case No. 24-cv-02953-CRC |

**[PROPOSED] ORDER**

Upon consideration of Notice and Joint Motion to Vacate Deadlines, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that the Notice and Joint Motion to Vacate Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the Parties have up to and including January 24, 2025, to file a Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case are hereby **VACATED.**

**SO ORDERED.**

_____
Hon. Christopher R. Cooper,
United States District Judge