IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY M. CLEARY, TYREE DANIELS, REBEKAH MORRISON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>Defendant. | Case No. 24-cv-02953-CRC |

### NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS,** no party has served either an answer or a motion for summary judgment in this matter.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Mary M. Cleary, Tyree Daniels, and Rebekah Morrison hereby give notice that the above-captioned consolidated action is voluntarily dismissed with prejudice against Defendant Georgetown University.

Dated: January 9, 2025

Respectfully submitted,

*/s/ Anthony M. Christina*
Anthony M. Christina (D.D.C. Bar No. 230743)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
T: (215) 399-4770
F: (914) 997-0035
achristina@lowey.com

Christian Levis (D.D.C. Bar ID: NY0416)
Peter Demato (*pro hac vice* forthcoming)
Radhika Gupta (*pro hac vice* forthcoming)
**LOWEY DANNENBERG, P.C.**

44 South Broadway, Suite 1100
White Plains, NY 10601
T: (914) 997-0500
F: (914) 997-0035
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Benjamin F. Johns (*pro hac vice* forthcoming)
Samantha E. Holbrook (*pro hac vice* forthcoming)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
T: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Hassan A. Zavareei
David W. Lawler
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, NW
Suite 1010
Washington, DC 20006
T: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
dlawler@tzlegal.com
ssoneji@tzlegal.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the Court through the ECF system on January 9, 2025. This system provided a copy to and effected service of this document on all Parties.

*/s/ Anthony M. Christina*
Anthony M. Christina
